UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| In re: Krystel Michelle Dotson, | ) |
| | ) |
| Debtor, | ) |
| | ) |
| KC PRAIRIE PINES, LLC, | ) |
| | ) |
| Creditor, | ) |
| | ) |
| v. | ) Case No. 23-21387-rdb |
| | ) |
| KRYSTEL MICHELLE DOTSON, | ) Chapter 13 |
| | ) |
| Debtor. | ) |

## CREDITOR KC PRAIRIE PINES, LLC'S MOTION FOR RELIEF FROM AUTOMATIC STAY

COMES NOW Creditor, Prairie Pines, LLC ("Creditor"), by and through its counsel and pursuant to 11 U.S.C. § 362(d)(1), Fed. R. Bankr. P 4001(a)(1) and Local Rule 4001(a)(1)., moves the Court for relief from the automatic stay entered in this case. In support of its Motion, Creditor states as follows:

1. On November 21, 2023, Krystel Michelle Dotson ("Debor") filed her Voluntary Petition pursuant to Chapter 7 of Title 11 of the United States Code (the "Bankruptcy Code").

2. On January 23, 2024, the Court entered its Order converting Debtor's case to a case pursuant to Chapter 13 of Title 11 of the Bankruptcy Code.

3. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and 28 U.S.C. § 157(b)(2)(G). This is a core proceeding and Creditor consents to the Court entering a final order or judgment on Creditor's Motion.

4. Venue is proper pursuant to 28 U.S.C. § 1408.

1

5. Creditor is the landlord for real property located at 5112 Findley Street, Apartment 5112F, Shawnee, Kansas, 66226 (the "Premises") which Creditor and other individuals are currently occupying.

6. At all relevant times, Creditor has remained in possession of the Premises, for which rent remains due and unpaid.

7. On or about September 28, 2023, Debtor executed an Apartment Lease Contract wherein Debtor promised to make monthly payments in the amount of $2,495.00, plus monthly payments for pet rent, sewer fees, water fees, trash service, pest control and Property Damage Liability Waiver. A true and correct copy of the Apartment Lease Contract is attached as Exhibit "1" and incorporated by reference.

8. The Apartment Lease Contract provided for late fees in the event that rent pursuant to the Apartment Lease Contract was not timely paid.

9. The term of the Apartment Lease Contract runs from September 28, 2023 to November 27, 2024. (Exhibit "1"),

10. As of February 13, 2024, after creditors for payments and adjustments, Creditor is owed the sum of $14,346.05. A copy of Creditor's Ledger is attached as Exhibit "2" and incorporated herein by reference.

11. Debtor has no equity in the Premises and, in the absence of receiving Debtor's ongoing rent payments, Creditor lacks adequate protection for the Premises.

12. Creditor is seeking the costs of bringing this Motion for Relief from Stay pursuant to 11 U.S.C. § 1332(b)(2). The costs sought are $199.00 for Creditor's filing fee.

13. Creditor seeks relief from the automatic stay to permit Creditor to proceed with an eviction proceeding in the Johnson County (Kansas) District Court, Limited Actions, Case No.

23LA08469, to enforce its in rem rights to possession of the Premises which were granted by a Judgment entered by the Court on or about January 28, 2023. A true and correct copy of the Judgment is attached hereto as Exhibit "3" and incorporated herein by reference.

14. Debtor has failed to promptly provide adequate assurance that Debtor will make payments pursuant to 11 U.S.C.§ 365(b) towards the delinquency in honoring the terms of the Apartment Lease Contract and the bankruptcy estate lacks sufficient assets from which the currently monthly payments may be made during the administration of the bankruptcy estate, Debtor has no equity in the Premises, Creditor's interest in the Premises lacks adequate protection and if Creditor is not permitted to proceed with gaining possession of the Premises, Creditor will suffer irreparable injury, loss, damage and delay, which is prejudicial to Creditor.

15. For all the reasons stated, cause exists for the Court to grant relief from the automatic stay for cause pursuant to 11 U.S.C. § 362(d)(1),

16. Creditor requests that any Order granted by this Court sustaining this Motion contain a provision that the Order shall survive the conversion of this case to a Chapter 7 Bankruptcy proceeding.

WHEREFORE, Creditor requests that it be granted Relief from the Automatic Stay for cause pursuant to 11 U.S.C. § 362(d)(1) to enforce its in rem rights granted in the Lease for possession of the Premises and that the Court provide any other relief it deems just and proper.

Respectfully Submitted,

VAN OSDOL, PC

By: /s/ Anthony L. Gosserand
    Anthony L. Gosserand      KS# 15676
    1600 Genessee Street, Suite 246
    Kansas City, MO 64102
    Telephone:    (816) 421-0644
    Facsimile:     (816) 421-0758
    tgosserand@VanOsdolKC.com

ATTORNEY FOR CREDITOR KC PRAIRIE PINES, LLC

## CERTIFICATE OF SERVICE

The undersigned certifies that on February 14, 2024, a true and correct copy of the above and foregoing was filed and served electronically via the Court's CM/ECF system by electronic mail, or by U.S., mail, postage prepaid to the following:

Krystel Michelle Dotson
5112 Findley Street Apartment 5112F
Shawnee, Kansas    66226

William H. Griffin
5115 Roe Blvd, Ste. 200
Roeland Park, Kansas    66205

4

Case 23-21387    Doc# 48    Filed 02/14/24    Page 4 of 4