# Resident Ledger

Exhibit "2"

Date: 02/13/2024

| Code | t0032806 | Property | Prairie Pines | Lease From | 09/28/2023 |
|---|---|---|---|---|---|
| Name | Brenden Dotson | Unit | 5112F | Lease To | 11/27/2024 |
| Address | 5112 Findley St | Status | Current | Move In | 09/28/2023 |
| | | Rent | 2,495.00 | Move Out | |
| City | Shawnee, KS 66226 | Phone (H) | (913) 251-8533 | Phone (W) | (913) 745-7226 |

| Date | Code | Description | Charges | Payments | Balance | Charges/Receipts |
|---|---|---|---|---|---|---|
| 08/28/2023 | APPFEE | it was charged and paid on her old account. | -50.00 | 0.00 | -50.00 | 3324925 |
| 09/24/2023 | APPFEE | Application Fee (Brenden Dotson) | 50.00 | 0.00 | 0.00 | 3318560 |
| 09/24/2023 | | chk# 206027433 Debit Card On-Line Payment ; Web - Online Leasing | 0.00 | 50.00 | -50.00 | 1165071 |
| 09/26/2023 | RESVFEE | Reservation Fee | 165.00 | 0.00 | 115.00 | 3321316 |
| 09/26/2023 | | chk# 206151198 Debit Card On-Line Payment ; Web - Online Leasing | 0.00 | 165.00 | -50.00 | 1165673 |
| 09/28/2023 | APPFEE | Application Fee (Krystel Dotson) [p0291989] | 50.00 | 0.00 | 0.00 | 3324644 |
| 09/28/2023 | DEPOSIT | Deposit | 600.00 | 0.00 | 600.00 | 3324909 |
| 09/28/2023 | PDLW | PDLW for 3 days | 1.40 | 0.00 | 601.40 | 3324910 |
| 09/28/2023 | TRASH | Trash for 3 days | 2.50 | 0.00 | 603.90 | 3324911 |
| 09/28/2023 | RENT | Rent for 3 days | 249.50 | 0.00 | 853.40 | 3324912 |
| 09/28/2023 | PEST | Pest Control for 3 days | 0.50 | 0.00 | 853.90 | 3324913 |
| 09/29/2023 | | chk# :ACH-WEB Online Payment - EFT Payment Paid by Roommate Krystel Dotson(r0025155).Mobile Web - Resident Services NSFed by ctrl# 1179776 Automatic NSF PVY0LCBQLJ2, Return Code: R01 Uncollected NSF | 0.00 | 853.90 | 0.00 | 1167636 |
| 10/01/2023 | PDLW | Property Damage Liab. Waiver (10/2023) | 14.00 | 0.00 | 14.00 | 3347510 |
| 10/01/2023 | TRASH | Trash - Common Rev (10/2023) | 25.00 | 0.00 | 39.00 | 3347824 |
| 10/01/2023 | RENT | Rental Charges (10/2023) | 2,495.00 | 0.00 | 2,534.00 | 3348050 |
| 10/01/2023 | PEST | Pest Control (10/2023) | 5.00 | 0.00 | 2,539.00 | 3348276 |
| 10/04/2023 | LATE | Late Fees | 50.00 | 0.00 | 2,589.00 | 3354244 |
| 10/04/2023 | NSF | Returned check charge | 75.00 | 0.00 | 2,664.00 | 3354839 |
| 10/04/2023 | DELIVERY | Non-compliance Fee October 2023 | 25.00 | 0.00 | 2,689.00 | 3354971 |

| Date | Code | Description | Charge | Payment | Balance | Ref |
|---|---|---|---|---|---|---|
| 10/04/2023 | | chk# 40220426572820 :CHECKscan Payment | 0.00 | 928.90 | 1,760.10 | 1179735 |
| 10/04/2023 | | chk# :ACH-WEB NSF receipt Ctrl# 1167636 | 0.00 | -853.90 | 2,614.00 | 1179776 |
| 10/17/2023 | LEGAL | Legal Fees | 400.00 | 0.00 | 3,014.00 | 3359561 |
| 10/19/2023 | LATE | Late Fees, 15 days @ $10.00/day | 150.00 | 0.00 | 3,164.00 | 3355283 |
| 11/01/2023 | PDLW | Property Damage Liab. Waiver (11/2023) | 14.00 | 0.00 | 3,178.00 | 3401149 |
| 11/01/2023 | TRASH | Trash - Common Rev (11/2023) | 25.00 | 0.00 | 3,203.00 | 3401465 |
| 11/01/2023 | RENT | Rental Charges (11/2023) | 2,495.00 | 0.00 | 5,698.00 | 3401689 |
| 11/01/2023 | PEST | Pest Control (11/2023) | 5.00 | 0.00 | 5,703.00 | 3401914 |
| 11/04/2023 | LATE | Late Fees | 50.00 | 0.00 | 5,753.00 | 3409439 |
| 11/04/2023 | DELIVERY | Non-compliance Fee November 2023 | 25.00 | 0.00 | 5,778.00 | 3409650 |
| 11/19/2023 | LATE | Late Fees, 15 days @ $10.00/day | 150.00 | 0.00 | 5,928.00 | 3409909 |
| 12/01/2023 | UTILBILL | Bill Fee 09/28/23 - 10/24/23 | 5.50 | 0.00 | 5,933.50 | 3424133 |
| 12/01/2023 | WASTEWTR | Sewer 09/28/23 - 10/24/23 | 32.04 | 0.00 | 5,965.54 | 3424134 |
| 12/01/2023 | WATER | Water 09/28/23 - 10/24/23 | 67.81 | 0.00 | 6,033.35 | 3424135 |
| 12/01/2023 | PDLW | Property Damage Liab. Waiver (12/2023) | 14.00 | 0.00 | 6,047.35 | 3455604 |
| 12/01/2023 | TRASH | Trash - Common Rev (12/2023) | 25.00 | 0.00 | 6,072.35 | 3455922 |
| 12/01/2023 | RENT | Rental Charges (12/2023) | 2,495.00 | 0.00 | 8,567.35 | 3456150 |
| 12/01/2023 | PEST | Pest Control (12/2023) | 5.00 | 0.00 | 8,572.35 | 3456378 |
| 12/04/2023 | LATE | Late Fees | 50.00 | 0.00 | 8,622.35 | 3462202 |
| 12/19/2023 | LATE | Late Fees, 15 days @ $10.00/day | 150.00 | 0.00 | 8,772.35 | 3463156 |
| 01/01/2024 | UTILBILL | Bill Fee 10/25/23 - 11/21/23 | 5.50 | 0.00 | 8,777.85 | 3468383 |
| 01/01/2024 | WASTEWTR | Sewer 10/25/23 - 11/21/23 | 37.07 | 0.00 | 8,814.92 | 3468384 |
| 01/01/2024 | WATER | Water 10/25/23 - 11/21/23 | 35.49 | 0.00 | 8,850.41 | 3468385 |
| 01/01/2024 | PDLW | Property Damage Liab. Waiver (01/2024) | 14.00 | 0.00 | 8,864.41 | 3508557 |
| 01/01/2024 | TRASH | Trash - Common Rev (01/2024) | 25.00 | 0.00 | 8,889.41 | 3508862 |
| 01/01/2024 | RENT | Rental Charges (01/2024) | 2,495.00 | 0.00 | 11,384.41 | 3509083 |
| 01/01/2024 | PEST | Pest Control (01/2024) | 5.00 | 0.00 | 11,389.41 | 3509304 |
| 01/04/2024 | LATE | Late Fees | 50.00 | 0.00 | 11,439.41 | 3515097 |
| 01/19/2024 | LATE | Late Fees, 15 days @ $10.00/day | 150.00 | 0.00 | 11,589.41 | 3515869 |
| 02/01/2024 | UTILBILL | Bill Fee 11/22/23 - 12/21/23 | 5.50 | 0.00 | 11,594.91 | 3523941 |
| 02/01/2024 | WASTEWTR | Sewer 11/22/23 - 12/21/23 | 37.16 | 0.00 | 11,632.07 | 3523942 |
| 02/01/2024 | WATER | Water 11/22/23 - 12/21/23 | 34.98 | 0.00 | 11,667.05 | 3523943 |
| 02/01/2024 | PDLW | Property Damage Liab. Waiver (02/2024) | 14.00 | 0.00 | 11,681.05 | 3562547 |
| 02/01/2024 | TRASH | Trash - Common Rev (02/2024) | 25.00 | 0.00 | 11,706.05 | 3562846 |
| 02/01/2024 | RENT | Rental Charges (02/2024) | 2,495.00 | 0.00 | 14,201.05 | 3563062 |
| 02/01/2024 | PEST | Pest Control (02/2024) | 5.00 | 0.00 | 14,206.05 | 3563278 |
| 02/04/2024 | LATE | Late Fees | 50.00 | 0.00 | 14,256.05 | 3569045 |
| 02/13/2024 | LATE | Late Fees, 9 days @ $10.00/day | 90.00 | 0.00 | 14,346.05 | 3569352 |